Form osc170 – osc170v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  22–11722–JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer Melissa Sims Armitage
   aka Jennifer M. Sims, aka Jennifer M. Sims
   1367 Park Place
   West Deptford, NJ 08093
Social Security No.:
   xxx–xx–7442
Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING ON DISMISSAL OF CASE

An Order to Show Cause Why the Case Should Not Be Dismissed concerning the issue highlighted below has been entered by the Court.

☑     The debtor(s) has not complied with the credit counseling requirements of the Bankruptcy Code.

☐     The corporate debtor does not have an attorney

Notice is hereby given that a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

  Date: March 29, 2022
  Time: 10:30 AM
  Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101–2067

Dated: March 7, 2022
JAN: eag

Jerrold N. Poslusny Jr.
United States Bankruptcy Judge