Form 199 – ntcreschfstmtg

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 22–11722–JNP
        Chapter: 7
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer Melissa Sims Armitage
   aka Jennifer M. Sims, aka Jennifer M. Sims
   1367 Park Place
   West Deptford, NJ 08093

Social Security No.:
   xxx–xx–7442

Employer's Tax I.D. No.:

**NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE**
**AND RESCHEDULING OF MEETING**
**OF CREDITORS**

    NOTICE IS HEREBY GIVEN that Andrew Sklar was appointed pursuant to 11 U.S.C. Section 701(a), as Interim Trustee, replacing Andrew Finberg.

    ACCORDINGLY, the meeting of creditors has been rescheduled to:

Date:         4/18/22
Time:        09:00 AM
Location:

    Please note, all previously scheduled deadlines remain the same.

Dated: March 11, 2022
JAN:

                                                     Jeanne Naughton
                                                     Clerk